JS - 6

FILED: 2/19/14

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Strategic Wave Technology, Inc.*, | CASE NO. CV 13-1858-GHK (FFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Migration Solutions, Inc.*, | |
| Defendant. | |

Pursuant to the Court's December 20, 2014 Order and its February 19, 2014 Order, IT IS HEREBY ADJUDGED that Plaintiff's claims against Defendant are **DISMISSED with prejudice**.  Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: February 19, 2014

_____
GEORGE H. KING
Chief United States District Judge